IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BERNEST GULLEY                                                                                          PLAINTIFF

V.                                              Case No. 10-CV-1034

INTERNATIONAL PAPER COMPANY                                                         DEFENDANT

## ORDER

    Before the Court is a Joint Motion to Stay. (Doc. 7). The parties request that this matter be stayed until Plaintiff exhausts his administrative remedies pursuant to the Retirement Plan of International Paper Company. Upon consideration, the Court finds that good cause exists to stay this matter. Accordingly, the Joint Motion to Stay is **GRANTED**. This matter is stayed until Plaintiff completes the Retirement Plan's claim process and exhausts his plan remedies.

    IT IS SO ORDERED, this 26th day of July, 2010.

                                                                  /s/Harry F. Barnes
                                                     Hon. Harry F. Barnes
                                                     United States District Judge