IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BERNEST GULLEY                                                    PLAINTIFF

v.                          Case No. 10-1034

RETIREMENT PLAN OF
INTERNATIONAL PAPER COMPANY                                       DEFENDANT

### JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order, filed on May 10th, 2012 (Doc. 22), Defendant's Motion for Judgment on the Administrative Record (Doc. 17) is GRANTED and Plaintiff's Motion for Summary Judgment (Doc. 19) is DENIED. Accordingly, Plaintiffs' Complaint is DISMISSED WITH PREJUDICE. Each party shall bear its own costs and fees.

**The parties have thirty days from the date of entry of Judgment within which to appeal**.

IT IS SO ORDERED this 10th day of May, 2012.

                                        */s/ Robert T. Dawson*
                                        Honorable Robert T. Dawson
                                        United States District Judge

**AO72A**
**(Rev. 8/82)**